UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA HUNT,

    Plaintiff,

v.                                                    Case No. 6:14-cv-1530-Orl-37TBS

CONROY, SIMBERG, GANNON, SCHEFER,
KREVANS, ABEL, LURVERY, MARROW
LAW FIRM, MR. ROTHENBERG and MRS.
FRIEDMAN,

    Defendants.
_____/

## ORDER

This case comes before the Court on Plaintiff Patricia Hunt's Motion to Request Additional Extension of Thirty Days. (Doc. 9). The motion is confusing and largely incomprehensible. After reading it, reviewing the docket, and giving Ms. Hunt the benefit of the doubt, I conclude that she wants an enlargement of time from October 31, 2014 to December 1, 2014 within to amend her complaint.

In addition to the difficulty I have in comprehending the motion, Ms. Hunt has failed to comply with Local Rule 3.01(g) despite entry of the Court's Po Se Order on September 30, 2014. (Doc. 7). Under these circumstances I would ordinarily deny the motion. But, because Ms. Hunt alleges the unexpected death of a family member, because she is pro se, and out of an abundance of caution, the motion will be GRANTED. Ms. Hunt has through December 1, 2014 within to amend her complaint.

Ms. Hunt should not assume that because this motion was granted, that any additional requests she may make for extensions of time will be granted. She is also

admonished to read and comply with the Court's earlier Order (Doc 7), the applicable Federal Rules of Civil Procedure, and the Local Rules of this Court.  This is serious business and the Court hopes Ms. Hunt understands that if she fails to amend her complaint within the time provided, if her amended complaint fails to state a cause of action, or if she fails to follow the Federal Rules of Civil Procedure and the Court's Local Rules, her case may be dismissed.  Lastly, the Court encourages Ms. Hunt to seek the assistance of a lawyer.

   DONE AND ORDERED in Orlando, Florida, on October 30, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

   Plaintiff, pro se
   Counsel of Record