UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA HUNT,

    Plaintiff,

v.                                                Case No.  6:14-cv-1530-Orl-37TBS

CONROY, SIMBERG, GANNON, SCHEFER,
KREVANS, ABEL, LURVERY, MARROW
LAW FIRM, MR. ROTHENBERG and MRS.
FRIEDMAN,

    Defendants.
_____/

## ORDER

Pending before the Court are Plaintiff Patricia Hunt's Motion to Compel Public Records Request Immediately (Doc. 12), and Motion to File for an Enlargement of Time for Thirty Days (Doc. 13), both of which were docketed on December 5, 2014. Two days earlier, on December 3, 2014, the Court dismissed this case without prejudice due to Plaintiff's failure to prosecute and to comply with Court Orders (Doc. 11).  The case having been dismissed before the motions were filed, both of Plaintiff's motions are DENIED.

DONE AND ORDERED in Orlando, Florida, on December 8, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiff, pro se
    All Counsel
    Any other Unrepresented Parties